ORIGINAL

FILED IN OPEN COURT
U.S.D.C. - Atlanta

APR 08 2025

KEVIN P. WEIMER, Clerk
By ⟶ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

      *v.*

SERVANDO CORONA PENALOZA,
A/K/A "ARMANI"

Criminal Indictment

No.   **1:25CR-160**

**Under Seal**

THE GRAND JURY CHARGES THAT:

### Count One
### Conspiracy to Possess with Intent to Distribute Controlled Substances
### (21 U.S.C. § 846)

Beginning on a date unknown, but at least as of in or about February 2024, and continuing until on or about February 6, 2025, in the Northern District of Georgia and elsewhere, the defendant, SERVANDO CORONA PENALOZA, A/K/A "ARMANI," did knowingly and willfully combine, conspire, confederate, agree and have a tacit understanding with others known and unknown to the Grand Jury, to violate Title 21, United States Code, Section 841(a)(1), that is, to knowingly and intentionally possess with the intent to distribute a controlled substance, said conspiracy involving:

- at least 400 grams of a mixture and substance containing a detectable amount of N-phenyl-N-[1-( 2-phenylethyl )-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(A), and

- at least 500 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(A),

all in violation of Title 21, United States Code, Section 846.

## Prior Conviction Notice
### (21 U.S.C. § 851)

Before the defendant, SERVANDO CORONA PENALOZA, A/K/A "ARMANI," committed the offense charged in Count One of this Indictment, he was convicted of:

- Trafficking in Methamphetamine, in violation of O.C.G.A. § 16-13-30, on or about March 5, 2013, in the Superior Court of Gwinnett County, Georgia, a serious drug felony, for which he served more than 12 months of imprisonment and for which he was released from any term of imprisonment within 15 years of the commencement of the offense charged in Count One of this Indictment, and

- Trafficking in Methamphetamine, in violation of O.C.G.A. § 16-13-30, on or about March 21, 2019, in the Superior Court of Gwinnett County, Georgia, a serious drug felony, for which he served more than 12 months of imprisonment.

As a result of these convictions, the defendant is subject to increased punishment under Title 21, United States Code, Section 841(b)(1)(A).

2

## Forfeiture Provision

Upon conviction of the offense alleged in this Indictment, the defendant, SERVANDO CORONA PENALOZA, A/K/A "ARMANI," shall forfeit to the United States pursuant to Title 21, United States Code, Sections 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of said violation and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, said violation, including, but not limited to, the following:

> MONEY JUDGMENT: A sum of money in United States currency representing the amount of proceeds obtained as a result of the offense alleged in this Indictment.

If, any of the property subject to forfeiture, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty;

3

the United States intends, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property.

A _____ *True* _____ BILL

_____
FOREPERSON

RICHARD S. MOULTRIE JR.
 *Acting United States Attorney*

DWAYNE A. BROWN JR.
 *Assistant United States Attorney*
Georgia Bar No. 509554

CALVIN A. LEIPOLD III
 *Assistant United States Attorney*
Georgia Bar No. 442379

BETHANY L. RUPERT
 *Assistant United States Attorney*
Georgia Bar No. 971630

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000